IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Samuel Ortega and Rebecca Scott

        Plaintiff(s),

vs.　　　　　　　　　　　　　　　　　　　　　　　No. CIV  1:24-CV-00471-JB-SCY

Michelle Lujan Grisham and Raul Torrez,

        Defendant(s).

## INFORMATION SHEET FOR T.R.O.

Attorney(s) for Plaintiff(s): *(include phone #)*

Carter B. Harrison IV - 505-295-3261; Michael D. McCoy - 303-292-2021; Sean D. Nation - 303-292-2021; Joseph Greenlee - 720-584-4578; Erin M. Erhardt - 720-584-4578

Attorney(s) for Defendant(s): *(include phone #)*


Nature of Underlying Claim: *(contract, tort, environment, etc.)*

Constitutional Law - specifically, violation of rights and privileges secured by the Second Amendment.

Jurisdiction: *(Cite Statutes)*

28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983

Precise statement of activity sought to be restrained or compelled:

The plaintiffs ask the Court to impose a temporary restraining order of the Waiting Period Act (N.M. Stat. § 30-7-7.3), which went into effect in the State of New Mexico on May 15, 2024. With limited

## HEARING

Estimated length of hearing:    Full day or close.

Request hearing to be set for:  *(Select one)*

◯ Today   ◯ Tomorrow   ⦿ Within One Week   ◯ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?    ◯ Yes  ⦿ No

Have the opposing party(ies) and their attorney(s) been notified ?    ◯ Yes  ◯ No

    If answer is yes, when?    5-17-2024 via email to counsel inquiring who will be handling.

    If answer is no, why not?

Notice given by:  ☐ Phone   ☐ Fax   ☐ Letter   ☐ In Person   ☒ Other