IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA and REBECCA SCOTT,

    Plaintiffs,

v.   No. CIV 24-0471 JB/SCY

MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, and RAUL TORREZ, in his official capacity as Attorney General of the State of New Mexico,

    Defendants.

## SCHEDULING ORDER

THIS MATTER came before the Court at a Scheduling Conference held on May 21, 2024. After conferring with counsel, the Court scheduled hearings and set case management deadlines as provided herein.

The parties shall make their expert disclosures no later than **June 21, 2024**.

A Motion Hearing on the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is set for **June 27, 2024 at 9:00 a.m.**, and will resume on **June 28, 2024 at 10:30 a.m.**

IT IS SO ORDERED this 21st day of May 2024.

_____
UNITED STATES DISTRICT JUDGE