IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA, and
REBECCA SCOTT,

    Plaintiffs,

vs.                        No. 1:24-cv-00471-JB-SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

    Defendants.

### ATTORNEY GENERAL RAÚL TORREZ' NOTICE OF JOINDER TO GOVERNOR LUJAN GRISHAM'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant Attorney General Raúl Torrez, by and through his counsel of record, hereby submits this Notice of Joinder to Governor Lujan Grisham's Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 15].

                        Respectfully submitted,

                        */s/ Mark W. Allen*
                        Mark W. Allen
                        Assistant Attorney General
                        New Mexico Department of Justice
                        408 Galisteo St.
                        Santa Fe, NM 87501
                        505.490.4825
                        mallen@nmdoj.gov

                        *Attorney for Raúl Torrez*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Mark W. Allen*
Mark W. Allen