# Exhibit B

## Curriculum Vitae

## of Professor F. Lee Francis

# F. LEE FRANCIS
Assistant Professor of Law
Widener University Commonwealth Law School
lfrancis@widener.edu

## ACADEMIC APPOINTMENTS

**Widener University Commonwealth Law School**
*Assistant Professor of Law*, July 2024
- Courses: Constitutional Law, Criminal Procedure, Evidence

**Mississippi College School of Law**
*Assistant Professor of Law*, August 2023 – June 2024
- Courses: Civil Procedure, Administrative Law

*Director, Center for Litigation and Alternative Dispute Resolution*

## LEGAL EXPERIENCE

**Special Assistant U. S. Attorney, EDNC, 2022-2023**
- Prosecuted criminal cases in the US Court of Appeals for the Fourth Circuit.
- Prosecuted misdemeanors and felonies in the Eastern District of North Carolina.

**Judge Advocate General Corps, US Army, 2021-2023**
- Advised on employment and dozens of sexual harassment cases.
- Advised senior leaders on matter relating to employment law, ethics, and federal regulations.

## ARTICLES

*The Mutability of Dangerousness: Restoring the Second Amendment Rights of the Dangerous,* SOUTHERN METHODIST UNIVERSITY LAW REVIEW (Forthcoming 2025) (Invited).

*The Addiction Restriction: Addiction and the Right to Bear Arms*, WEST VIRGINIA LAW REVIEW (Forthcoming 2025).

*Defining Dangerousness: When Disarmament is Appropriate*, TEXAS TECH LAW REVIEW (Forthcoming 2024).

*Of the Rights of Parents: Parental Authority and the Common Law*, TEXAS REVIEW OF LAW AND POLITICS (2024) (Invited).

*Armed and Under the Influence: The Second Amendment and the Intoxicant Rule After Bruen,* MARQUETTE LAW REVIEW (Forthcoming 2024).

- Cited in SUPPLEMENT FOR FIREARMS LAW AND THE SECOND AMENDMENT: REGULATION, RIGHTS, AND POLICY. Ed. Johnson, et al, 2023. (Casebook)

*The History of Policing and the Impact on Minority Communities*, MISSISSIPPI COLLEGE LAW REVIEW (Forthcoming 2024).

*In Loco Parentis and the Fourth Amendment Rights of Minors in Public Schools,* SOUTHERN UNIVERSITY LAW REVIEW (2022).

*Who Decides: What the Constitution Says About Parental Authority and the Rights of Minor Children to Seek Gender Transition Treatment,* SOUTHERN ILLINOIS UNIVERSITY LAW JOURNAL (2022).

- Mentioned on HealthLawProf Blog.
- Cited in the Journal of the American Academy of Matrimonial Lawyers (2022).
- Cited in *Kanuszewski v. Shah* (Eastern District of Michigan, 2023).

*Remembering Congress and the Separation-of-Powers: The Case Against 'Judicial Updating' of Title VII of the Civil Rights Act of 1964* 12 JOURNAL OF RACE, GENDER, & POVERTY (2021).

- Mentioned on Legal Theory Blog.

*In Memoriam: The Republican Form and the Separation-of-Powers Among the Four Branches of Government* Brazilian Journal of Public Policy (2020) (Peer-reviewed).

## BOOK CHAPTERS

"A Sartorial Tapestry: The Rhetorical Shifts of Hillary Rodham Clinton." HILLARY RODHAM CLINTON AND THE 2016 ELECTION: HER POLITICAL AND SOCIAL DISCOURSE. Ed. Michele Lockhart and Kathleen Mollick. Lexington Books, 2015. (with Rochelle Gregory).

- Cited in THE DYNAMICS OF POLITICAL COMMUNICATION: MEDIA AND POLITICS IN A DIGITAL AGE (2017).

"Pardoning Marijuana Possession While Using Marijuana to Criminalize Firearm Ownership." SUPPLEMENT FOR FIREARMS LAW AND THE SECOND AMENDMENT: REGULATION, RIGHTS, AND POLICY. Ed. Johnson, et al, 2023. (Casebook)

## BOOK REVIEWS

Radical moves: Caribbean Migrants and the Politics of Race in the Jazz Age (Chapel Hill: The University of North Carolina Press, 2013. Pp. 336), 540-542.
Cultivation and Catastrophe: The Lyric Ecology of Modern Black Literature (Baltimore, MD: Johns Hopkins University Press, 2017. Pp. 304), 719-721.

## AMICUS BRIEFS

Brief of Amicus Curiae Scholars of Second Amendment Law and The Independence Institute in Support of Defendant-Appellant, *U.S. v. Daniels*, U.S. Court of Appeals for the Fifth Circuit (2023) (principal author of brief addressing the constitutionality of 18 U.S.C. §922(g)(3)).

- Cited in *United States v. Daniels* (US Court of Appeals for the Fifth Circuit, 2023).

## PRESENTATIONS

*The Addiction Restriction: Addiction and the Right to Bear Arms* – Duke University (2024)

"Litigating the Second Amendment" – Miss. State Public Defenders Conf. (2023)

## ADMISSIONS

State of New Jersey – Bar No. 387292021
United States District Court – Eastern District of North Carolina
United States District Court – Western District of Wisconsin
United States Court of Appeals – Fourth Circuit

## EDUCATION

**Maurice A. Deane School of Law at Hofstra University**, J.D., 2020
- Associate Editor, Journal of Labor and Employment Law

**University of North Carolina at Greensboro**, M.A. (Rhetoric and Composition) 2015
Advanced Graduate Certificates (African American Studies, 2017, and Women and Gender Studies, 2014)

**Campbell University,** B.S., Social Science (Political Science and Humanities) 2013