IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA AND REBECCA SCOTT,

    Plaintiffs,

vs.                                                                         No. CIV 24-0471 JB/KK

MICHELLE LUJAN GRISHAM, in her official
capacity as Governor of the State of New
Mexico, and RAUL TORREZ, in his official
capacity as Attorney General of the State of New
Mexico,

    Defendants.

## **SCHEDULING ORDER**

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**standard**" track classification.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **February 18, 2025**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ.26.6.

Supplementation under Rule 26(e) shall be due within 120 days of the entry of the Court's order adopting the parties' Joint Status Report and Provisional Discovery Plan. Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **April 15, 2025**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

- 2 -

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **June 16, 2025**; Defendant to the Court on or before **June 23, 2025.** Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown.

A Motion Hearing is scheduled in this matter on **May 20, 2025 at 9:00 a.m.**

This matter is set for a Pretrial Conference on **June 24, 2025 at 1:30 p.m.**

This matter is set for a Bench Trial **on a trailing docket** beginning on **July 14, 2025 at 9:00 a.m. (Albuquerque/Vermejo Courtroom).**

IT IS SO ORDERED this 17th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE