IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA, and
REBECCA SCOTT,

    Plaintiffs,

vs.                                      No. 1:24-cv-00471-JB-SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

    Defendants.

### JOINT MOTION TO EXTEND SCHEDULING ORDER AND JOINT STATUS REPORT DEADLINES

Plaintiffs and Defendants, by and through their counsel of record, hereby request that the Court extend the deadlines that were established in the Scheduling Order [Doc. 50] and the Joint Status Report and Provisional Discovery Plan [Doc. 46] as adopted by the Court's Order on September 17, 2024 [Doc. 51], and subsequently amended by the Court's Order on December 20, 2024 [Doc. 72].  In support thereof, the Parties state as follows:

    1.    On September 18, 2024, Defendants filed a Motion for Judgment on the Pleadings ("Defendants' Motion") [Doc. 52], which Plaintiffs responded in opposition to on October 16, 2024. [Doc. 59] A hearing on the Defendants' Motion was held on November 22, 2024.

    2.    At the conclusion of the Hearing held on November 22, 2024, the Court announced that it was inclined to grant Defendants' Motion, but due to other pressing matters before the Court, it would not be able to "immediately … [issue its] opinion on the instant matter."  [Doc. 70].

1

3. The Parties filed a Joint Motion to Extend Scheduling Order and Joint Status Report Deadlines ("Joint Motion") [Doc. 71], requesting a 45-day extension to discovery-related deadlines. The Court granted the Joint Motion on December 20, 2024. [Doc. 72]

4. Anticipating that this Court will ultimately grant Defendants' Motion, and wishing to avoid unnecessary costs and the expenditure of additional time and resources, the Parties are seeking to extend the following upcoming deadlines by a period of 45-days:

    a. Correspondence between the parties regarding any contention about the inadequacy of a response to discovery

        i. Current deadline: January 16, 2025

        ii. New deadline with 45-day extension: **March 3, 2025**

    b. Motion to Compel

        i. Current deadline: January 20, 2025

        ii. New deadline with 45-day extension: **March 6, 2025**

    c. Service of 30(b)(6) notices and notification of depositions

        i. Current deadline: January 20, 2025

        ii. New deadline with 45-day extension: **March 6, 2025**

    d. Exchange between the parties of proposed deposition dates

        i. Current deadline: January 30, 2025

        ii. New deadline with 45-day extension: **March 17, 2025**

    e. Deadline to supplement discovery productions

        i. Current deadline: March 1, 2025

        ii. New deadline with 45-day extension: **April 15, 2025**

    f. Deadline to complete depositions

        i.        Current deadline: March 13, 2025

        ii.       New deadline with 45-day extension: **April 28, 2025**

g.    Deadline to file motions relating to discovery

        i.        Current deadline: April 4, 2025

        ii.       New deadline with 45-day extension: **May 19, 2025**

h.    Deadline to file pretrial motions (other than discovery motions)

        i.        Current deadline: April 15, 2025

        ii.       New deadline with 45-day extension: **May 30, 2025**

i.    Motions hearing

        i.        Current date: May 20, 2025

        ii.       New deadline with 45-day extension: **To be Determined by the Court**

j.    Deadline to exchange witness lists

        i.        Current deadline: June 14, 2025

        ii.       New deadline with 45-day extension: **July 29, 2025**

k.    Deadline for Plaintiffs to file a consolidated final Pretrial Order:

        i.        Current deadline: June 16, 2025

        ii.       New deadline with 45-day extension: **July 31, 2025**

l.    Deadline for Defendants to file a consolidated final Pretrial Order

        i.        Current deadline: June 23, 2025

        ii.       New deadline with 45-day extension: **August 7, 2025**

m.    Pretrial Conference

        i.        Current date: June 24, 2025

        ii.        New deadline with 45-day extension: **To be Determined by the Court**

    n.    Bench Trial:

        i.        Current date: July 14, 2025

        ii.        New deadline with 45-day extension: **To be Determined by the Court**

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court extend by a period of 45-days the deadlines for those case events listed above and reset the hearing and trial dates accordingly.

Respectfully submitted,

*/s/ Holly Agajanian*
HOLLY AGAJANIAN
*Chief General Counsel*
KYLE P. DUFFY
*Deputy General Counsel*
**Office of the Governor**
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.Agajanian@exec.nm.gov
Kyle.duffy@exec.nm.gov

*Attorneys for Governor Michelle Lujan Grisham*

Mark W. Allen
*Assistant Attorney General*
Billy J. Jimenez
*Assistant Attorney General*
**New Mexico Department of Justice**
408 Galisteo St.
Santa Fe, NM 87501
505.490.4825
mallen@nmdoj.gov
bjimenez@nmdoj.gov

*Attorneys for Attorney General Raúl Torrez*

4

Michael D. McCoy
Sean D. Nation
Robert Welsh
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
mmccoy@mslegal.org

Carter B. Harrison IV
Attorney and Partner
**Harrison & Hart, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
carter@harrisonhartlaw.com

Joseph G.S. Greenlee
Erin M. Erhardt
**National Rifle Association of America**
11250 Waples Mill Road
Fairfax, VA 22030
(703) 267-1161
jgreenlee@nrahq.org

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Holly Agajanian*
Holly Agajanian