IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA, and
REBECCA SCOTT,

    Plaintiffs,

vs.                                                    No. CIV 24-00471 JB/SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER AND JOINT STATUS REPORT DEADLINES

THIS COURT, having reviewed the Parties' Joint Motion to Extend Scheduling Order and Joint Status Report Deadlines [Doc. 73], FINDS the motion is well taken and should be GRANTED.

IT IS THERFORE ORDERED that the following deadlines that were established in the Court's Scheduling Order [Doc. 50] and the Joint Status Report and Provisional Discovery Plan [Doc. 46] as adopted by the Court's Order on September 17, 2024 [Doc. 51], and subsequently amended by the Court's Order on December 20, 2024 [Doc. 72] are amended as follows:

a. Correspondence between the parties regarding any contention about the inadequacy of a response to discovery: **March 3, 2025**

b. Motion to Compel: **March 6, 2025**

c. Service of 30(b)(6) notices and notification of depositions: **March 6, 2025**

d. Exchange between the parties of proposed deposition dates: **March 17, 2025**

e.  Deadline to supplement discovery productions: **April 15, 2025**

f.  Deadline to complete depositions: **April 28, 2025**

g.  Deadline to file motions relating to discovery: **May 19, 2025**

h.  Deadline to file pretrial motions (other than discovery motions): **May 30, 2025**

i.  Motions hearing: **June 30, 2025, at 9:00 a.m.**

j.  Deadline to exchange witness lists: **July 29, 2025**

k.  Deadline for Plaintiffs to file a consolidated final Pretrial Order: **July 31, 2025**

l.  Deadline for Defendants to file a consolidated final Pretrial Order: **August 7, 2025**

m.  Pretrial Conference: **August 8, 2025, at 9:00 a.m.**

n.  Bench Trial: **September 8, 2025, at 9:00 a.m. (trailing docket)**

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Holly Agajanian*
**Holly Agajanian**
*Chief General Counsel*
**Kyle P. Duffy**
*Deputy General Counsel*
**Office of the Governor**
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.Agajanian@exec.nm.gov
Kyle.Duffy@exec.nm.gov

*Attorneys for Governor Michelle Lujan Grisham*

Mark W. Allen
*Assistant Attorney General*
Billy J. Jimenez
*Deputy Attorney General*
**New Mexico Department of Justice**
408 Galisteo St.
Santa Fe, NM 87501
505.490.4825
mallen@nmdoj.gov
bjimenez@nmdoj.gov

*Attorneys for Attorney General Raúl Torrez*

Michael D. McCoy
Sean D. Nation
Robert Welsh
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
mmccoy@mslegal.org

Carter B. Harrison IV
Attorney and Partner
**Harrison & Hart, LLC**
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 303-1835

carter@harrisonhartlaw.com

Joseph G.S. Greenlee
Erin M. Erhardt
**National Rifle Association of America**
11250 Waples Mill Road Fairfax, VA 22030
(703) 267-1161
jgreenlee@nrahq.org
eerhardt@nrahq.org

*Attorneys for Plaintiffs*