## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA and
REBECCA SCOTT,

      Plaintiffs,

v.                                                            No. 1:24-cv-00471-JB-SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

      Defendants.

## APPEARANCE OF COUNSEL

      Edward L. Marshall hereby enters his appearance of counsel on behalf of

Defendant Raúl Torrez. Aaron Rodriguez is no longer participating in the case.

      Respectfully submitted,

      NEW MEXICO DEPARTMENT OF
      JUSTICE

      */s/ Edward L. Marshall*
      EDWARD L. MARSHALL
      Director of Government Litigation
      408 Galisteo Street
      Santa Fe, NM 87501
      (505) 487-0477
      *EMarshall@nmdoj.gov*

      *Attorney for Defendant Raúl Torrez*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I filed a true and correct copy of the foregoing via the CM/ECF electronic filing system, and caused a copy to be delivered electronically to all parties entitled to notice.


/s/ Edward L. Marshall
EDWARD L. MARSHALL