UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

December 30, 2025

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:**     **24-2121, Ortega, et al v. Lujan Grisham, et al**
           Dist/Ag docket: 1:24-CV-00471-JB-SCY

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 19, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:      Holly Agajanian
          Aletheia V.P. Allen
          Peter G. Baumann
          Emily Burke Buckley
          Janet Carter
          Paul D. Clement
          Harry P. Cohen
          Nicholas Dowd
          Kyle P Duffy

    Erin Marie Erhardt
    Erik Fredericksen
    Joseph Gary Samuel Greenlee
    Carter B Harrison
    Michael McCoy
    Seth C. McMillan
    Joseph Michaels
    Erin E. Murphy
    Donald Sean Nation
    Amy M Pauli
    Matthew Rowen
    Van Snow
    Joshua S. Sohn
    Shannon Wells Stevenson
    Christa Street
    Emily Strickland
    Luke Taeschler
    Robert Austin Welsh
    Scott L. Winkelman
    Kevin Joseph Wynosky

CMW/jjh