## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA, and
REBECCA SCOTT,

     Plaintiffs,

vs.                                    No. CIV 24-0471 JB/SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

     Defendants.

### ORDER GRANTING JOINT MOTION TO ATTEND
### STATUS CONFERENCE REMOTELY

     THIS COURT, having reviewed the Parties' Joint Motion to Attend Status Conference

Remotely [Doc. 94], FINDS the motion is well taken and should be GRANTED.

     IT IS THERFORE ORDERED that all parties may attend the Status Conference scheduled

for February 9, 2026, at 9:00 am, remotely.

                                _____
                                UNITED STATES DISTRICT JUDGE

Submitted by:

Respectfully submitted,

*/s/ Holly Agajanian*_____
**HOLLY AGAJANIAN**
*Chief General Counsel*
**KYLE P. DUFFY**
*Deputy General Counsel*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.agajanian@exec.nm.gov
Kyle.duffy@exec.nm.gov

*Attorneys for Governor Michelle Lujan Grisham*

*/s/ Edward Marshall*
Billy J. Jimenez
Edward L. Marshall
Nick D. Nunez
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
505.490.4825
bjimenez@nmdoj.gov
emarshall@nmdoj.gov
nnunez@nmdoj.gov

*Attorneys for Attorney General Raúl Torrez*

*/s/ Michael D. McCoy*
Michael D. McCoy
**Mountain States Legal Foundation**
2596 South Lewis Way Lakewood, Colorado 80227
(303) 292-2021
mmccoy@mslegal.org

Carter B. Harrison IV
Attorney and Partner
**Harrison & Hart, LLC**
924 Park Ave SW, Suite E Albuquerque, NM 87102
(505) 303-1835
carter@harrisonhartlaw.com

Joseph G.S. Greenlee
Erin M. Erhardt
**National Rifle Association of America**
11250 Waples Mill Road Fairfax, VA 22030
(703) 267-1161
jgreenlee@nrahq.org
eerhardt@nrahq.org

*Attorneys for Plaintiffs*