## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA and REBECCA SCOTT,

        Plaintiffs,

  v.

                                    No. CIV 24-0471 JB/SCY

MICHELLE LUJAN GRISHAM, in her official
capacity as Governor of the State of New
Mexico, and RAÚL TORREZ, in his official
capacity as Attorney General of the State of
New Mexico,

        Defendants.

### PRELIMINARY INJUNCTION ORDER

       Having considered the Tenth Circuit's opinion and judgment in the above-referenced

appeal (Doc. Nos. 91-92), as well as the arguments of the parties, the Court ORDERS as follows:

1.  The Defendants—the Governor of the State of New Mexico, and the Attorney

    General of the State of New Mexico—and each of their respective officers, agents,

    servants, and employees, and those persons in active concert or participation with

    them, as well as those duly sworn state law enforcement officers who gain knowledge

    of this injunction order—are hereby **ENJOINED** from implementing and/or

    enforcing against Plaintiff Samuel Ortega and Plaintiff Rebecca Scott the provisions

    of N.M. Stat. § 30-7-7.3 (The Waiting Period Act), which the United States Court of

    Appeals for the Tenth Circuit has determined to be unconstitutional as it pertains to

    individuals who have passed a background check.

2.  This injunctive relief shall take effect immediately and remain in effect pending the

    conclusion and final disposition of all claims and causes of action before the Court in

    these proceedings.

3. The Court further ORDERS that on or before <u>February 20, 2026</u>, Defendants shall send Notice of this Preliminary Injunction Order to the New Mexico Department of Public Safety, which shall post the Notice on its website.   The Notice must include a copy of this Preliminary Injunction Order. Defendants shall file with the Clerk of the Court a certification that the aforementioned Notice has been achieved on or before <u>February 23, 2026</u>.

4. No security bond is required under Federal Rule of Civil Procedure 65(c).

**SO ORDERED this 9th day of February 2026.**

_____
UNITED STATES DISTRICT JUDGE