IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL ORTEGA, and
REBECCA SCOTT,

    Plaintiffs,

vs.                                 No. 1:24-cv-00471-JB-SCY

MICHELLE LUJAN GRISHAM, in her
official capacity as Governor of the State of
New Mexico, and RAÚL TORREZ, in his
official capacity as Attorney General of the
State of New Mexico,

    Defendants.

## DEFENDANTS' NOTICE REGARDING PRELIMINARY INJUNCTION

Pursuant to the Court's February 9, 2026, Preliminary Injunction Order [Doc. 97], Governor Michelle Lujan Grisham and Attorney General Raúl Torrez, by and through their respective counsel of record, hereby notify the Court that Defendants have sent notice of the Preliminary Injunction Order to the New Mexico Department of Public Safety, which has posted the Notice on its website here: https://www.dps.nm.gov/7-day-waiting-period/.

                                            Respectfully submitted,

                                            */s/ Holly Agajanian*
                                            **HOLLY AGAJANIAN**
                                            *Chief General Counsel*
                                            **KYLE P. DUFFY**
                                            *Deputy General Counsel*
                                            490 Old Santa Fe Trail, Suite 400
                                            Santa Fe, New Mexico 87501
                                            (505) 476-2200
                                            Holly.agajanian@exec.nm.gov
                                            Kyle.duffy@exec.nm.gov

                                            ***Attorneys for Governor Michelle Lujan Grisham***

*/s/ Edward Marshall*
Billy J. Jimenez
Edward L. Marshall
Nick D. Nunez
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
505.490.4825
bjimenez@nmdoj.gov
emarshall@nmdoj.gov
nnunez@nmdoj.gov

**Attorneys for Attorney General Raúl Torrez**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

*/s/ Holly Agajanian*
Holly Agajanian

2