# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

**CASE NO.:**  CIV  24-0471 JB/SCY    **DATE:**    June 2, 2026

**CASE CAPTION:**    *Ortega, et al. v. Lujan Grisham, et al.*

**CRD:**    C. Padilla    **COURT REPORTER:**    J. Bean

**COURT IN SESSION:**    8:29 a.m.    **COURT IN RECESS:**    9:15 a.m. = 0:46

**TYPE OF PROCEEDING:**    MOTION HEARING

**COURT'S RULING/DISPOSITION:**

  1)  Defendants' Joint Motion for Summary Judgment [109]

  2)  Plaintiffs' Motion for Summary Judgment [110]

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**    Order to be entered by Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Carter Harrison

Joseph Greenlee, appearing via zoom

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Kyle Duffy and Holly Agajanian, appearing via zoom

## PROCEEDINGS

**COURT IN SESSION:**    **8:29 a.m.**

**Court:**    Calls case.   Counsel enter appearances.

COURT: ADDRESSES PENDING MSJ'S. THE COURT THINKS IT DOESN'T HAVE MUCH CHOICE BUT TO DENY DEFENDANTS' MOTION AND TALK ABOUT WHETHER THE COURT SHOULD GRANT PLAINTIFFS' MOTION.

## Defendants' Joint Motion for Summary Judgment [109]

**MR. DUFFY:** ARGUES IN SUPPORT OF MOTION.

**COURT:** WHAT DO THE PARTIES WANT HERE?

**MR. DUFFY:** WE WOULD PREFER A JUDGMENT EVEN IF IT IS A JUDGMENT AGAINST US.

**COURT:** YOU DON'T THINK OR WANT A TRIAL, YOU THINK THIS RECORD IS GOOD ENOUGH FOR YOU?

**MR. DUFFY:** WE FEEL WE HAVE MADE A SUFFICIENT RECORD.

**COURT:** THIS IS THE COURT'S CASE, THEY REVERSED THE COURT.

**MR. DUFFY**: I COMPLETELY UNDERSTAND THE COURT'S POSITION.

**COURT:** WHAT IS THE STATE'S END GAME?

**MR. DUFFY:** I THINK OUR BEST BET IS TO SEEK EN BANC REVIEW.

**COURT:** WHAT IS THE STATUS OF THAT? THEY

**MR. DUFF**Y: PLAINTIFFS MIGHT KNOW BETTER, I KNOW THE FIRST CIRCUIT REVERSED THE DISTRICT COURT.

**COURT:** EXPLAIN TO THE COURT THESE EXCEPTIONS.

**MR. DUFFY**: RESPONDS.

**COURT:** HOW SIMILAR IS THE NM LAW TO THE CIRCUIT LAW?

**MR. DUFFY:** THE NUMBER OF DAYS, THE WAITING PERIOD.

**COURT:** CAN YOU GO BACK TO THE HARRISON CASE, TALK TO THE COURT MORE ABOUT THAT CASE.

**MR. DUFFY**: HARRISON WAS ISSUED IN LATE 2025 AFTER ORTEGA.

**COURT:** WHO WAS ON THE PANLE ON THE HARRISON CASE?

**MR. DUFFY:** JUDGE ROSSMAN, MURPHY AND KELLY.

## **Plaintiffs' Motion for Summary Judgment [110]**

**MR. HARRISON:** ARGUES IN SUPPORT.

**COURT:** DO YOU AGREE WITH MR. DUFFY?

**MR. HARRISON:** THERE IS NO NEED FOR A TRIAL.

**COURT:** YOU JUST WANT A RULING?

**MR. HARRISON:** RESPONDS.

**COURT:** DO YOU HAVE ANY COMMENT ON MR. DUFFY'S ARGUMENT ABOUT HARRISON?

**MR. HARRISON:** NOT REALLY, OTHER THAN HARRISON IS DIFFERENT, IT DEALS WITH DIFFERENT LAW.

**MR. DUFFY:** ARGUES IN CONCLUSION.

**COURT:** THE COURT WILL TRY AND GET IT OUT BY THE END OF THE SUMMER.

**NOTHING FURTHER.**

**COURT IN RECESS:  9:15 a.m.**