**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SAMUEL ORTEGA and REBECCA SCOTT,

Plaintiffs,

vs. No. CIV 24-0471 JB/SCY

MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, and RAÚL TORREZ, in his official capacity as Attorney General of the State of New Mexico,

Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order, filed August 27, 2026 (Doc. 125)("Order"). In the Order, the Court: (i) denies Defendants' Joint Motion for Summary Judgement, filed April 20, 2026 (Doc. 109); (ii) grants Plaintiff's Motion for Summary Judgment, filed April 20, 2026 (Doc. 110); (iii) enjoins Defendants Michelle Lujan Grisham and Raúl Torrez-- the Governor of the State of New Mexico, and the Attorney General of the State of New Mexico -- and each of their respective officers, agents, servants, and employees, and those persons in active concert or participation with them, as well as those duly sworn state law enforcement officers who gain knowledge of this injunction order -- from implementing and/or enforcing against Samual Ortega and Rebecca Scott the provisions of N.M. Stat. § 30-7-7.3; (iv) orders the injunctive relief shall take effect immediately; (v) orders on or before September 10, 2026, Defendants shall send Notice of the Order to the New Mexico Department of Public Safety, which shall post the Notice on its website; and (vi) orders the Notice must include a copy of the Order. See Order at 3. With

no more claims, parties, or issues before the Court, the Court, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, enters Final Judgment. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) this case is dismissed; (ii) the Defendants -- the Governor of the State of New Mexico, and the Attorney General of the State of New Mexico -- and each of their respective officers, agents, servants, and employees, and those persons in active concert or participation with them, as well as those duly sworn state law enforcement officers who gain knowledge of this injunction order -- are enjoined from implementing and/or enforcing against Ortega and Scott the provisions of N.M. Stat. § 30-7-7.3; (iii) the injunctive relief shall take effect immediately; (iv) on or before September 10, 2026, Defendants shall send Notice of the Order to the New Mexico Department of Public Safety, which shall post the Notice on its website; (v) the Notice must include a copy of the Order; and (vii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph Greenlee
Erin M. Erhardt
National Rifle Association of America
McCall, Idaho

-- and --

Carter B. Harrison, IV
Harrison & Hart, LLC
Albuquerque, New Mexico

-- and --

Donald S. Nation
Michael McCoy
Mountain States Legal Foundation
Lakewood, Colorado

*Attorneys for the Plaintiffs*

Holly Agajanian
Chief General Counsel to Governor Michelle Lujan Grisham
Kyle P. Duffy
Associate General Counsel to Governor Michelle Lujan Grisham
Office of the Governor
Santa Fe, New Mexico

*Attorneys for Defendant Michelle Lujan Grisham*

Raúl Torrez
Attorney General for the State of New Mexico
Billy J. Jimenez
Mark W. Allen
Assistant Attorneys General
New Mexico Department of Justice
Santa Fe, New Mexico

*Attorneys for Defendant Raúl Torrez*