**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| SAMUEL ORTEGA and REBECCA SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, and RAÚL TORREZ, in his official capacity as Attorney General of the State of New Mexico,<br><br>Defendants. | No. 24-CV-0471 |

## I. DECLARATION OF ERIN E. MURPHY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEY FEES

I, Erin E. Murphy, hereby declare, under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following statements are true and correct to the best of my knowledge:

1. I am a partner at the law firm Clement & Murphy, PLLC. I, along with other attorneys at Clement & Murphy, represented Plaintiffs in this action in seeking and securing reversal of an adverse preliminary-injunction decision from the U.S. Court of Appeals for the Tenth Circuit, and then in seeking and securing permanent relief on remand. I am familiar with the facts and circumstances pertaining to this action. This declaration is submitted in support of Plaintiffs' motion for an award of attorney's fees and costs as the prevailing party pursuant to 42 U.S.C. § 1988. I am over the age of 18 years and competent to testify to the matters set forth herein.

2. I graduated from Georgetown University Law Center, J.D., magna cum laude, in 2006, and Northwestern University Medill School of Journalism, B.S., in 2002. I served as a law clerk to Chief Justice John Roberts of the U.S. Supreme Court and to the Honorable Diane S. Sykes of the U.S. Court of Appeals for the Seventh Circuit. I also served as a Bristow Fellow in the Office of the Solicitor General.

3. My law practice is devoted substantially to litigation over issues of constitutional and other federal law, with a particular focus on appellate and Supreme Court litigation. I am recognized by Chambers & Partners as one of the leading appellate practitioners in the Nation. I have argued and briefed cases before the Supreme Court and appellate and trial courts throughout the country. Specifically, I have argued in the Supreme Court on five occasions—in *United States v. Hemani*, 608 U.S. 772 (2026), *Gill v. Whitford*, 585 U.S. 48 (2018); *United States v. Texas*, 579 U.S. 547 (2016) (per curiam); *Husky International Electronics v. Ritz*, 578 U.S. 355 (2016); and *McCutcheon v. FEC*, 572 U.S. 185 (2014)—and prevailed in four of them. In addition to *Hemani*, I have been one of the lead attorneys in multiple recent Supreme Court cases involving the Second Amendment, including *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. 1 (2022), and *New York State Rifle & Pistol Association, Inc. v. City of New York*, 590 U.S. 336 (2020) (per curiam). I have also argued numerous Second Amendment cases in the federal courts of appeals, including *Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General of New Jersey*, 183 F.4th 211 (3d Cir.) (en banc); *Barnett v. Raoul*, 180 F.4th 1035 (7th Cir. 2026); *Beckwith v. Frey*, 171 F.4th 560 (1st Cir. 2026), *petition for cert. filed*, No. 26-258 (U.S. Aug. 25, 2026); *Duncan v. Bonta*, 133 F.4th 852 (9th Cir.

2025) (en banc); *Delaware State Sportsmen's Association v. Delaware Department of Safety & Homeland Security*, 108 F.4th 194 (3d Cir. 2024); *Bevis v. City of Naperville*, 85 F.4th 1175 (7th Cir. 2023); and *Boland v. Bonta*, No. 23-55276 (9th Cir.) (argued Aug. 23, 2023).

4. As set forth below, Plaintiffs request $608,247.50 in attorney's fees for all work performed by Clement & Murphy personnel in this case. Plaintiffs also request $4,450.13 to reimburse Clement & Murphy's costs.

**FACTUAL BACKGROUND**

5. Plaintiffs Samuel Ortega and Rebecca Scott were subject to New Mexico Statute §30-7-7.3, which imposes a categorical seven-day "cooling-off" period for nearly all consumer purchases of a firearm.

6. On May 15, 2024, Plaintiffs initiated this lawsuit under 42 U.S.C. §1983 by filing a Complaint in the District of New Mexico challenging the constitutionality of the Waiting Period Act. [ECF No. 1, Complaint.] On that same day, Plaintiffs also filed a Motion for Temporary Restraining Order and Preliminary Injunction. [ECF No. 2, Motion for Temporary Restraining Order Preliminary Injunction.]

7. On July 22, 2024, this Court issued an order denying Plaintiffs' Motion. [ECF No. 39, Memorandum Opinion and Order.]

8. After that adverse decision from the District Court on Plaintiffs' motion for a preliminary injunction, Plaintiffs secured representation from Clement & Murphy for purposes of the appeal and subsequent proceedings.

9. On August 19, 2025, the U.S. Court of Appeals for the Tenth Circuit issued a published and precedential opinion "holding that the [Act] is unconstitutional." *Ortega v. Grisham*, 148 F.4th 1134, 1156 (10th Cir. 2025). The Tenth Circuit "also f[ou]nd that the constitutional injury to the Plaintiffs is so broad and clear that they have met their higher burden entitling them to an injunction changing the status quo." *Id.* at 1155 n.15. It accordingly "remand[ed]" to this Court "with instructions to enter injunctive relief consistent with [its] opinion." *Id.* at 1155-56.

10. On remand, Judge Browning entered an Order enjoining Defendants "from implementing and/or enforcing" the Act "against Plaintiff[s]." [ECF No. 97 at ¶1.] In that Order, Judge Browning recognized that the Tenth Circuit "ha[d] determined" that the Act is "unconstitutional as it pertains to individuals who have passed a background check," like Plaintiffs. *Id. See also Ortega*, 148 F.4th at 1155 & n.16 (opining that "the Waiting Period Act[]" is "obviously unconstitutional" "both facial[ly] and as applied," "except as to its effect on those whose background checks are not cleared within three days").

11. Judge Browning subsequently granted Plaintiffs' Motion for Summary Judgment [ECF No. 110] and entered final judgment for Plaintiffs [ECF Nos. 126, 127] on August 27, 2026.

**APPLICATION FOR ATTORNEY'S FEES**

12. Since taking over the representation before the appellate stage, Clement & Murphy performed work at all stages of this action, from drafting and filing the court of

appeals briefing, presenting oral argument in the Tenth Circuit, drafting and filing an opposition to Defendants' petition for rehearing en banc, to drafting and filing the summary-judgment briefing on remand.

13. In my experience leading national appellate and Supreme Court practices at Clement & Murphy, Kirkland & Ellis LLP, and Bancroft PLLC, I have become familiar with the economics of law practice, billing rates, billing practices, the cost and recovery of litigation support services and other expenses of litigation, the setting and collection of legal fees in a variety of circumstances, including cases presenting professional demands, factual and legal complexity, and the risk and expense levels comparable to the instant action. I am also familiar with the manner in which Clement & Murphy maintains its business records and generates its billing records. I have personal experience negotiating fee arrangements with sophisticated consumers of legal services and regularly represent clients on an hourly rate basis in similar complex litigation matters. This personal experience includes working with clients, both paying and pro bono, who wish to challenge state laws and regulations that are contrary to the Second Amendment.

14. The attached itemization of time spent by Clement & Murphy personnel representing Plaintiffs in this action is based on records made contemporaneously at the time the work was completed or the expense was incurred. *See* Exs.A-1, A-2. The itemization reflects the customary hourly rates charged by Clement & Murphy personnel in other hourly matters during the pendency of this litigation, and it reflects the time necessarily spent by Clement & Murphy personnel in this action. As set forth below and supported by Exhibit A-1, Plaintiffs request $608,247.50 in attorney's fees, which

represents a reasonable award in light of all the facts and circumstances surrounding Plaintiffs' successful constitutional challenge, as well as $4,450.13 to reimburse costs incurred by Clement & Murphy.

15. My work in this action included overseeing all filings before both the Tenth Circuit and before this Court on remand, including reviewing and revising drafts of filings and communicating with co-counsel throughout. Plaintiffs seek $68,325.00 for 32.75 hours of work performed by me during this litigation, an effective hourly billing rate of $2,086.26. This was a reasonable rate in light of my level of experience and expertise.

16. From the inception of Clement & Murphy's work in this action, I personally supervised and managed the work of Clement & Murphy's attorneys and staff. I endeavored to keep the number of personnel assigned to this case to the minimum reasonably necessary to serve Plaintiffs' needs efficiently. Likewise, I endeavored to make work assignments appropriate to each attorney's or paralegal's level of experience and expertise.

17. Clement & Murphy attorneys who performed services for Plaintiffs and for whose work Plaintiffs seek reimbursement in this application are listed below, beginning with the two attorneys who performed the lion's share of the work under my supervision.

18. **Matthew D. Rowen.** Matt Rowen is a partner at Clement & Murphy. He graduated from Harvard Law School, J.D., *magna cum laude*, in 2013, and Columbia University, B.A., *magna cum laude*, in 2009. He served as a law clerk to the Honorable Judge David J. Barron of the U.S. Court of Appeals for the First Circuit and to the Honorable Judge Paul J. Watford of the U.S. Court of Appeals for the Ninth Circuit. Mr.

Rowen's law practice is devoted substantially to litigation over issues of constitutional and other federal law, with a particular focus on appellate litigation and critical motions work. Mr. Rowen was instrumental at all stages of this litigation, having reviewed, drafted, and revised the filings and having prepared for and personally delivered oral argument before the Tenth Circuit in this case.

19. Both before and after arguing in the Tenth Circuit in this case, Mr. Rowen has argued cases in nearly all of the federal courts of appeals and in many trial courts throughout the country. Of particular relevance, he has argued numerous cases involving the Second Amendment in the federal courts of appeals in recent years (in addition to this case), including *National Shooting Sports Foundation v. Attorney General of New Jersey*, --- F.4th ----, 2026 WL 2639295 (3d Cir. Sept. 8, 2026); *Rhode v. Bonta*, 145 F.4th 1090 (9th Cir. 2025), *vacated and reh'g en banc granted*, 159 F.4th 1170 (9th Cir. Dec. 1, 2025); *National Shooting Sports Foundation v. James*, 144 F.4th 98 (2d Cir. 2025); and *Ocean State Tactical, LLC v. Rhode Island*, 95 F.4th 38 (1st Cir. 2024). Mr. Rowen has also briefed many Second Amendment cases in the federal courts of appeals, including *Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General of New Jersey*, 183 F.4th 211 (3d Cir.) (en banc); *Barnett v. Raoul*, 180 F.4th 1035 (7th Cir. 2026); *Beckwith v. Frey*, 171 F.4th 560 (1st Cir. 2026), *petition for cert. filed*, No. 26-258 (U.S. Aug. 25, 2026); *Duncan v. Bonta*, 133 F.4th 852 (9th Cir. 2025) (en banc); *Delaware State Sportsmen's Association v. Delaware Department of Safety & Homeland Security*, 108 F.4th 194 (3d Cir. 2024); *Bevis v. City of Naperville*, 85 F.4th 1175 (7th Cir. 2023); and *Boland v. Bonta*, No. 23-55276 (9th Cir.) (argued Aug. 23, 2023).

20. Plaintiffs seek $226,800.00 for 146.50 hours of work performed by Mr. Rowen during this litigation, an effective hourly billing rate of $1548.12. This is a reasonable rate in light of Mr. Rowen's level of experience and expertise.

21. **Kevin Wynosky.** Kevin Wynosky is an associate at Clement & Murphy. Mr. Wynosky earned his J.D., *cum laude*, from the University of Pennsylvania in 2018. Mr. Wynosky served as a law clerk for Judge David Sentelle of the U.S. Court of Appeals for the D.C. Circuit, Judge D. Brooks Smith of the U.S. Court of Appeals for the Third Circuit, and Judge Royce Lamberth of the U.S. District Court for the District of Columbia. Before joining Clement & Murphy, Kevin served as a Trial Attorney in the Department of Justice's Civil Division, where he briefed and argued high-profile cases challenging federal laws as well as Executive Branch policies and decisions. Mr. Wynosky was instrumental at all stages of this litigation, having reviewed, drafted, and revised the filings and assisted with oral argument preparation. Plaintiffs seek $222,750.00 for 167.00 hours of work performed by Mr. Wynosky during this litigation, an effective hourly billing rate of $1,333.83. This is a reasonable rate in light of Mr. Wynosky's level of experience and expertise.

22. In addition to the work that Mr. Rowen, Mr. Wynosky, and I performed in this matter, other Clement & Murphy attorneys also provided critical assistance related to the oral arguments in this case, such as participation in moot courts.

23. **Paul D. Clement.** Paul Clement is a partner at Clement & Murphy. Mr. Clement graduated from Harvard Law School, J.D., *magna cum laude*, 1992, Darwin College, Cambridge, M. Phil, 1989, and Georgetown University, B.S., *summa cum laude*,

1988. After graduating from law school, Mr. Clement served as a law clerk to Associate Justice Antonin Scalia of the Supreme Court of the United States and to the Honorable Laurence H. Silberman of the U.S. Court of Appeals for the District of Columbia Circuit. Mr. Clement served as the 43rd Solicitor General of the United States from June 2005 until June 2008. Before his confirmation, Mr. Clement served as Acting Solicitor General for nearly a year and as Principal Deputy Solicitor General for over three years. Mr. Clement has received, among other awards, the Edmund Randolph Award, the U.S. Department of Justice's highest honor. Since 2008, Mr. Clement has worked in private practice as an appellate attorney. His work in this matter included reviewing a draft brief and providing strategic insight. Plaintiffs seek $1,225.00 for 0.50 hours of work performed by Mr. Clement during this litigation, an effective hourly billing rate of $2,450.00. This is a reasonable rate in light of Mr. Clement's level of experience and expertise.

24. **H. Bartow Farr.** Bartow Farr is a partner at Clement & Murphy. Farr graduated from Sandara Day O'Connor College of Law at Arizona State University, J.D., *summa cum laude*, in 1973, and Princeton University, B.A., in 1966. He then served as a law clerk to Justice William H. Rehnquist of the U.S. Supreme Court, as well as serving as Assistant to the Solicitor General of the United States. Mr. Farr practiced at Onek, Klein & Farr and its successor firms, Klein, Farr, Smith & Taranto and Farr & Taranto from 1981 to 2013, before joining Bancroft PLLC, then Kirkland & Ellis, and Clement & Murphy. A veteran appellate practitioner, Mr. Farr has argued 32 cases before the Supreme Court. Mr. Farr provided moot court assistance for oral argument in the Tenth Circuit. Plaintiffs seek $21,275.00 for 11.50 hours of work performed by Mr. Farr during this litigation, an

effective hourly billing rate of $1,850.00. This is a reasonable rate in light of Mr. Farr's level of experience and expertise.

25. **Amy Nyberg.** Amy Nyberg is Of Counsel at Clement & Murphy. Ms. Nyberg graduated from Georgetown University Law Center, J.D., *magna cum laude*, in 2004; Institut d'Etudes Politiques (Sciences-Po Paris), CIEP, International Relations, in 1997; and Yale College, B.A., with Honors in History, in 1994. Ms. Nyberg served as a law clerk for Judge David S. Tatel of the U.S. Court of Appeals for the District of Columbia Circuit. Ms. Nyberg's practice focuses on Supreme Court and appellate litigation and strategic counseling. She has assisted clients before the U.S. Supreme Court, federal appellate courts, and state and federal trial courts. Ms. Nyberg provided moot court assistance for oral argument in the Tenth Circuit. Plaintiffs seek $21,025.00 for 14.50 hours of work performed by Ms. Nyberg during this litigation, an effective hourly billing rate of $1,450.00. This is a reasonable rate in light of Ms. Nyberg's level of experience and expertise.

26. **Kyle R. Eiswald.** Kyle Eiswald is an associate at Clement & Murphy. Mr. Eiswald graduated from Harvard Law School, J.D., *cum laude*, in 2023, from the Southern Baptist Theological Seminary, M.A., in 2020, from Appalachian State University, B.A., *summa cum laude*, in 2014. He served as a law clerk to the Honorable Kevin C. Newsom of the U.S. Court of Appeals for the Eleventh Circuit. Mr. Eiswald provided moot court assistance for oral argument in the Tenth Circuit. Plaintiffs seek $20,700 for 23.00 hours of work performed by Mr. Eiswald during this litigation, an effective hourly billing rate of

$900.00. This is a reasonable rate in light of Mr. Eiswald's level of experience and expertise.

27. **Chadwick J. Harper.** Chad Harper is an associate at Clement & Murphy. Mr. Harper graduated from Harvard Law School, J.D., *cum laude*, in 2019; from Trinity College Dublin, MPhil, in 2015; and from Davidson College in 2013. He served as a law clerk to the Honorable Neil M. Gorsuch of the Supreme Court of the United States, the Honorable Kevin C. Newsom of the U.S. Court of Appeals for the Eleventh Circuit, and the Honorable Andrew S. Oldham of the U.S. Court of Appeals for the Fifth Circuit. Mr. Harper's legal practice was devoted substantially to appellate and Supreme Court litigation. He has drafted briefs before the Supreme Court, the federal courts of appeals, and federal district courts. Mr. Harper provided research and strategic assistance in this matter. Plaintiffs seek $2,750.00 for 2.00 hours of work performed by Mr. Harper during this litigation, an effective hourly billing rate of $1,350. This was a reasonable rate in light of Mr. Harper's level of experience and expertise.

28. The itemization also reflects the reasonable hourly rates and time that other professionals spent assisting with Plaintiffs' constitutional challenge. Those professionals who performed services for Plaintiffs and for whose work Plaintiffs seek reimbursement in this application are listed below.

29. **Ashley Britton.** Ashley Britton is a senior paralegal at Clement & Murphy. Ms. Britton graduated from California Western School of Law, J.D., in 2015, and from San Diego State University, B.S., in 2009. Ms. Britton is a member of the California Bar. An experienced paralegal with extensive experience specific to the U.S. Supreme Court,

federal courts of appeals, and federal district courts, Ms. Britton has worked in this field, and with our team specifically, for over a decade. Plaintiffs seek $9,997.50 for 19.50 hours of work performed by Ms. Britton during this litigation, an effective hourly billing rate of $512.69. This is a reasonable rate in light of Ms. Britton's level of experience and expertise.

30. **Madeline Levin.** Madeline Levin is a paralegal at Clement & Murphy. Ms. Levin graduated from Yale College, B.A., *magna cum laude*, in 2025. Ms. Levin assisted in preparing filings, briefs, and appendices before this Court and the Tenth Circuit. Plaintiffs seek $4,356.25 for 10.25 hours of work performed by Ms. Levin during this litigation, an effective hourly billing rate of $425.00. This is a reasonable rate in light of Ms. Levin's level of experience and expertise.

31. **Aviana Vergnetti.** Aviana Vergnetti was a paralegal at Clement & Murphy during much of the litigation proceedings in this matter. Ms. Vergnetti graduated from Boston University, B.A., in 2017. An experienced paralegal with extensive experience specific to the U.S. Supreme Court, federal courts of appeals, and federal district court, Ms. Vergnetti worked in this field, and with our team specifically, for approximately five years. Ms. Vergnetti assisted in preparing filings before the Tenth Circuit. Plaintiffs seek $2,250.00 for 5.00 hours of work performed by Ms. Vergnetti during this litigation, an effective hourly billing rate of $450.00. This was a reasonable rate in light of Ms. Vergnetti's level of experience and expertise.

32. **Ethan Yan.** Ethan Yan was a paralegal at Clement & Murphy during much of the litigation proceedings in this matter. Mr. Yan graduated from Yale University, B.A.,

*summa cum laude*, in 2024. He had experience specific to the federal courts of appeals and federal district courts. Mr. Yan assisted in preparing filings before the Tenth Circuit. Plaintiffs seek $6,843.75 for 16.25 hours of work performed by Mr. Yan during this litigation, an effective hourly billing rate of $421.15. This is a reasonable rate in light of Mr. Yan's level of experience and expertise.

33. As set forth above, Plaintiffs' successful prosecution of this action required litigation before this Court and the Tenth Circuit and centered on the Second Amendment. This case therefore required appellate practitioners who are well-versed in this complex area of constitutional law, which has undergone rapid development in recent years.

34. There are very few attorneys who regularly practice Second Amendment law in the federal courts of appeals. No in-district counsel possessed the experience that Plaintiffs' constitutional challenges required at the appellate level. For that reason, Plaintiffs justifiably retained out-of-district counsel at Clement & Murphy with extensive experience litigating these issues, including all the way up to the Supreme Court.

35. Clement & Murphy is located in the Washington, D.C. area. The hourly rates of Clement & Murphy's attorneys are consistent with the rates charged by other attorneys in Washington, D.C., and other major legal markets. *See, e.g.*, Dkt.224-2 at 4, *Franciscan All., Inc. v. Becerra*, No. 16-cv-108 (N.D. Tex. filed Dec. 23, 2022).

36. Clement & Murphy is also justified in charging its rates, as it is widely considered one of the top law firms in the country. Clement & Murphy is one of just six law firms recognized within "Band 1" of Chambers & Partners' nationwide "Appellate

Law" rankings. We are regularly featured on National Law Journal's "Appellate Hot List" and recognized by Law360 as one of the best appellate groups in the country.

37. Clement & Murphy's customary hourly rates reflect what a reasonable, paying client would be willing to pay. Indeed, these customary hourly rates reflect what Clement & Murphy's clients did, in fact, pay during the course of this litigation.

38. The number of hours worked in this case is consistent with both Clement & Murphy's general practice and general industry practice.

39. Clement & Murphy is a small firm. At various times during the course of this action, its size has ranged from approximately 10 to 20 attorneys and two to four other professionals. And its services are in demand. This case took up a substantial proportion of the firm's time, *see* Ex.A-1, which we could and would have devoted to other paying matters. This action also imposed substantial time constraints on attorneys' schedules.

40. Plaintiffs are entitled to recover attorney's fees for Clement & Murphy's work by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate for Clement & Murphy's attorneys and professionals. Here, that product is $608,247.50.

41. During the course of this litigation, Clement & Murphy also incurred various out-of-pocket expenses. As the attached itemization shows, those out-of-pocket expenses relate to travel to Denver for court appearances. Those are fees that Clement & Murphy ordinarily charges to clients. Accordingly, in addition to Clement & Murphy's attorney's fees, Plaintiffs also seek $4,450.13 to reimburse Clement & Murphy's costs.

42. I submit that the request for $612,697.63 for services rendered—$608,247.50 in attorney's fees and $4,450.13 in costs, as outlined in Exhibits A-1 and A-2—is reasonable in light of all the facts and circumstances surrounding the Plaintiffs' challenge and the lawsuit, which resulted in judgment in the Plaintiffs' favor by this Court.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2026.



Erin E. Murphy