**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| SAMUEL ORTEGA and REBECCA SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, in her official capacity as Governor of the State of New Mexico, and RAÚL TORREZ, in his official capacity as Attorney General of the State of New Mexico,<br><br>Defendants. | No. 24-CV-0471 |

**DECLARATION OF CARTER HARRISON IN SUPPORT OF THE PLAINTIFFS' APPLICATION FOR ATTORNEY FEES**

I, Carter B. Harrison IV, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge:

1. I represent the Plaintiffs in this case. I make this declaration to set forth the attorney fees reasonably incurred in this representation.

2. I have kept my time contemporaneously and accurately over the entire course of my representation of the Plaintiffs, as have my staff. I exported my time, along with that of my associate and staff, from our practice-management software, Clio. That time, which has a total value of $60,345, is submitted along with this fee petition.

3. Based on my background, knowledge, experience, and skill, I believe an award is warranted for my time on this representation at a rate of $450 per hour for time worked in 2026, and $400 per hour for time worked in 2024 and 2025.

4. I graduated with honors from Notre Dame Law School in 2013. I was on the editorial board of the school's flagship journal, the *Notre Dame Law Review*, and I won several book awards (given to the highest grade in each course), as well as the Best Speaker Award in 1L moot court. Before law school, I graduated from Florida State University with a major in biochemistry and a minor in mathematics.

5. I clerked for the Honorable James O. Browning, U.S. District Judge for the District of New Mexico, from 2014 to 2015.

6. After clerking, I worked as an associate at Judge Browning's old law firm, Peifer, Hanson & Mullins, P.A.—which had around 10 attorneys at the time I worked there—where I practiced in the areas of commercial litigation, class-action work, and patent infringement, among other areas.

7. I founded Harrison & Hart, LLC in 2019 with Nicholas T. Hart, a former Fifth Circuit clerk who was with the law firm of Freedman Boyd Hollander. We practice in the areas of civil rights, election law, commercial litigation, appeals, and federal and white-collar criminal defense.

8. I have extensive experience litigating § 1983 claims for injunctive relief in federal court, have argued over a dozen cases before the Supreme Court of New Mexico, and have personally represented two Members of Congress, as well as several state-level officials, in civil-rights and election-related litigation. I was lead counsel in striking down

the "straight party ticket" ballot instrument in 2018, *see Unite N.M. v. Oliver*, 2019-NMSC-009, 438 P.3d 343 (N.M. 2019) (Nakamura, C.J.); in winning a § 1983 First Amendment suit (including a six-figure § 1988 fee award) against the Secretary of State's Office based on its refusal to allow Congressman Steve Pearce to use his ~$1M federal-campaign war chest in his gubernatorial campaign, *see People for Pearce v. Oliver*, 2017 WL 5891763 (D.N.M. Nov. 28, 2017) (Herrera, J.); in successfully opposing the Secretary of State's attempt to implement mandatory vote-by-mail in 2020, *see Riddle v. Oliver*, 2021-NMSC-018, 487 P.3d 815 (N.M. 2021) (Vigil, C.J.); in managing Congresswoman Yvette Herrell's ballot-impoundment operation in 2018-2019, *see In re Yvette Herrell*, No. D-307-CV-2018-02569 (N.M. 3d Dist.) (Arrieta, J.); in getting a longtime incumbent legislator removed from the ballot (and office) in 2020, *see Cardenas v. Ruiloba*, No. D-202-CV-2020-02244 (N.M. 2d Jud. Dist. 2020) (Allison, J.) (trial) & S-1-SC-38239 (N.M. 2020) (affirmance); in successfully defending the Republican Party's candidate for Attorney General against a state-constitutional qualifications-based challenge in 2022, *see Collie v. Oliver*, No. D-101-CV-2022-01672 (N.M. 1st Jud. Dist. 2022) (Ellington, J.); in striking down, under the state constitution, a pair of state statutes that prohibited convicted felons from running for public office, *see Garcia v. Peña*, No. D-202-CV-2022-04971 (N.M. 2d Jud. Dist. Sept. 14, 2022) (Allison, J.); in reinstating Minority Caucus Chairwoman and longtime incumbent Representative Rebecca Dow at the Supreme Court level after she was removed from the ballot by a district judge for nominating-petition defects, *see Jaramillo v. Dow*, No. S-1-SC-41374 (N.M. Apr. 22, 2026) (opinion forthcoming); in freeing, on *habeas corpus* review, a religious-sect leader convicted and sentenced to 90 years for child

sex abuse (of which a jury had convicted her) and physical neglect of a child resulting in death (to which she pled guilty), proving *Brady* violations as to the trial and actual innocence as to the guilty plea, *see Green v. Yates*, No. D-1333-CR-2017-00261 (N.M. 13th Dist. 2020-2022) (Sanchez, J.); and in creating a state-constitutional cause of action for partisan gerrymandering in the wake of *Rucho v. Common Cause*, 588 U.S. 684 (2019), making New Mexico one of the only states in the nation to recognize such a claim, *see Grisham v. Van Soelen*, 2023-NMSC-027, 539 P.3d 272 (N.M. 2023) (Bacon, C.J.).

9. I have tried roughly two-dozen cases—jury and bench, criminal and civil—including more than ten federal jury trials, among them trials on charges of VICAR murder, RICO conspiracy, the Kingpin Act, criminal civil-rights violations by a police officer under 18 U.S.C. § 242, and intimidation and interference with federally protected activities under 18 U.S.C. § 245. I represented all but one of Donald Trump's 2020 presidential-elector nominees for New Mexico in relation to Special Counsel Jack Smith's investigation into the election.

10. I serve on the boards of directors of the New Mexico Criminal Defense Lawyers Association, the Trial Practice Section of the State Bar (of which I was previously the Chairperson), and the Federalist Society (of which I was previously President), as well as on the Litigation Advisory Board of Mountain States Legal Foundation. I have been appointed by the New Mexico Supreme Court to, and still serve on, the Committee on Uniform Jury Instructions for the State Courts, and I previously served on the Committee on Rules of Civil Procedure for the State Courts before I became term-limited. The U.S.

District Court for the District of New Mexico has appointed me, and I still serve on, the district's CJA Panel Selection Committee.

11. I have been awarded a rate of $400/hour, for work conducted in 2024, by two separate federal judges in two prior cases in this district that culminated in § 1988 fee awards: *Republican Party v. King*, No. 11-CV-0900-WJ/KBM (Doc. No. 313) (D.N.M. Jan. 31, 2024) (Johnson, C.J.), and *Voter Reference Foundation, LLC v. Torrez*, No. 22-CV-0222-JB/KK (Doc. No. 213) (D.N.M. Sept. 22, 2025) (Browning, J.) (expressly finding that "the rates requested by Voter Reference comport with the local rates in New Mexico for experienced civil rights attorneys, [and thus] the Court concludes that the rates requested by Voter Reference are reasonable"). The partners at my firm raised their rates from $400/hour to $450/hour at the beginning of 2026; the firm had not previously raised its rates since 2023. The firm has billed to and collected from private clients hundreds of thousands of dollars at the $450/hour rate in 2026.

12. The National Rifle Association is, and has been from the beginning of this case, paying hourly for the work my firm performs, at the rates sought in this fee petition. Thus, the rates submitted to the Court here are not judicial estimations of the value of the work performed, but rather the proven market value of the services.

13. A small portion—roughly $575 of the total $60,345 billed (so less than 1%)—of the work billed by my firm was performed by individuals other than myself:

a. Elise C. Funke is a 2017 graduate of Columbia Law School who worked for several years at a large New York City law firm before

joining my firm; she has billed to and collected from private clients over $100,000 at the requested rate of $350/hour;

b. Benjamin Willhite is a 2026 graduate of Harvard University who works as legal staff and bills his time at $175/hour;

c. Chase DiBono is a 2025 graduate of Arizona State University, who has since left the firm to attend Yale Law School, and who worked as legal staff and billed his time at $175/hour;

d. Judith Kaufman is an experienced paralegal with several years' experience working at one of New Mexico's two largest law firms; she has since left Harrison & Hart, but when she was at the firm, she billed her time at $150/hour; and

e. Patricia Hernandez is an experienced paralegal who has since left Harrison & Hart, but when she was at the firm, she billed her time at $150/hour.

14. In addition to the time worked by my firm on this case, my firm also sustained the costs of five expenses of litigation, which total $2,550.69 and have been submitted with this fee petition.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2026.

Carter B. Harrison IV